# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY J. SEVERSON, | CASE NO. 1:10-cv-02217-AWI-GBC PC |
| Plaintiff, | ORDER DIRECTING THE CLERK'S OFFICE TO SERVE COURTESY COPIES OF THIS ORDER AND THE FINDINGS AND RECOMMENDATIONS ADDRESSING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF ON THE RECEIVER'S OFFICE |
| v. | |
| F. IGBINOSA, et al., | |
| Defendants. | |

Plaintiff Timothy J. Severson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The complaint in this action was filed on November 30, 2010. Plaintiff also filed a motion for preliminary injunction.

In findings and recommendations issued separately from this order, the Court recommended that the action be dismissed for failure to exhaust administrative remedies and that the motion for preliminary injunction be denied for lack of jurisdiction. Plaintiff allegedly suffers from severe back pain due to an injury to his lower back. In light of the seriousness of Plaintiff's allegations regarding the elimination of his narcotic pain medication by Dr. Taherpour, a protocol created under a chronic pain management plan by Dr. Bai, the Clerk's Office shall serve courtesy copies of this order and the findings and recommendations on the Receiver's Office. The Court requests that the Receiver's Office check into this situation to ensure that Plaintiff is not being removed from a necessary, effective treatment protocol arbitrarily and without a sound medical basis.

Accordingly, it is HEREBY ORDERED that the Clerk's Office SHALL serve courtesy copies

of this order and the separately issued findings and recommendations on J. Clark Kelso, Receiver, California Prison Health Care Receivership.

IT IS SO ORDERED.

Dated:   December 9, 2010

UNITED STATES MAGISTRATE JUDGE