# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY J. SEVERSON,<br><br>            Plaintiff,<br><br>      v.<br><br>F. IGBINOSA, et al.,<br><br>            Defendants. | CASE NO. 1:10-cv-02217-AWI-GBC PC<br><br>ORDER RECALLING ORDER DIRECTING USM TO SERVE COMPLAINT AND DIRECTING A COPY OF THIS ORDER TO BE SERVED ON THE UNITED STATES MARSHAL<br><br>(Doc. 14) |

Plaintiff Timothy J. Severson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 20, 2011, the Court issued an order directing the United States Marshal to serve the complaint in this action on Defendant R. Taherpour. (Doc. 14.) On January 24, 2011, Plaintiff filed a motion for a stay and abeyance. (Doc. 16.)

Accordingly it is HEREBY ORDERED that:

1.   The order to serve the complaint is RECALLED; and

2.   The Clerk's Office is directed to serve a copy of this order on the United States Marshals Service in Sacramento.

IT IS SO ORDERED.

Dated:   January 25, 2011

UNITED STATES MAGISTRATE JUDGE