# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY J. SEVERSON, | CASE NO. 1:10-cv-02217-AWI-GBC PC |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO RESPOND TO COURT |
| v. | FIFTEEN-DAY DEADLINE |
| F. IGBINOSA, et al., | |
| Defendants. | |

    Plaintiff Timothy J. Severson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 9, 2010, the Court issued findings and recommendations recommending dismissal of this action for failure to exhaust administrative remedies. At the same time, an order was issued directing the Clerk's Office to serve a courtesy copy upon the Receiver's Office, requesting that they check to ensure that Plaintiff was not being removed from a necessary, effective treatment protocol arbitrarily and without a sound medical basis. The Court is in receipt of an informal response from the Receiver's Office, which was also sent to the Office of the Attorney General and Plaintiff.

    The Court will provide Plaintiff with an opportunity to address whether this informal response should be filed under seal. In his response Plaintiff needs to state why the document should be filed under seal if that is his request.

///

///

1 | Accordingly it is HEREBY ORDERED that Plaintiff shall file a response to the order
2 | directing Plaintiff to respond within fifteen (15) days from the date of service of this order.
3 | IT IS SO ORDERED.

Dated:   March 2, 2011

UNITED STATES MAGISTRATE JUDGE