# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY J. SEVERSON, | CASE NO. 1:10-cv-02217-AWI-GBC (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW HIS MOTION FOR INJUNCTIVE RELIEF |
| v. | |
| F. IGBINOSA, et al., | (ECF Nos. 2 & 24) |
| Defendants. | CLERK TO TERMINATE MOTION AND WITHDRAW FINDINGS AND RECOMMENDATIONS |
| _____/ | |

## ORDER

Plaintiff Timothy J. Severson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 11, 2010, Plaintiff filed a motion seeking the issuance of a preliminary injunction and temporary restraining order prohibiting prison officials from making changes to his pain medication.   (ECF No. 2.)   On February 18, 2011, the Court filed findings and recommendations recommending the denial of Plaintiff's request.  (ECF No. 24.)  Plaintiff filed Objections to these findings and recommendations on March 23, 2011.  (ECF No. 29.)  In his Objections, Plaintiff states that he is "no longer seeking a 'Temporary Restraining Order' or a 'Preliminary Injunction'".  The Court regards this statement as a request to withdraw the motion for injunctive relief.

//////

/////

1    Accordingly, Plaintiff's Motion to Withdraw his Motion for Injunctive Relief is GRANTED.

2  Because Plaintiff is withdrawing his motion for injunctive relief, the Court also withdraws its

3  Findings and Recommendations filed February 18, 2011.  (ECF No. 24.)

4

5  IT IS SO ORDERED.

6

Dated:    April 7, 2011

7                                                                 UNITED STATES MAGISTRATE JUDGE