# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY J. SEVERSON,<br><br>Plaintiff,<br>v.<br><br>F. IGBINOSA, et al.,<br><br>Defendants. | CASE NO. 1:10-cv-02217-AWI-GBC (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION<br><br>(ECF No. 35) |

**ORDER**

Plaintiff Timothy J. Severson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 21, 2011, Plaintiff filed a first amended complaint, a motion to file under seal, among other things. (ECF Nos. 27, 28, & 30.) On April 5, 2011, Plaintiff filed a letter stating that he had filed two copies of the amended complaint, two copies of the motion to file under seal, one copy of a request for reassignment, and a letter requesting that the clerk return "filed stamped" copies of the documents in the self addressed stamped envelope. (ECF No. 35.) Plaintiff also states that he had forgotten to address or stamp the envelope included with the above mentioned documents. (Id.) Thus, he states he included four stamps with this

1  request. (Id.)

2      The Clerk's Office does not provide free copies of documents to parties. Also, the Court requires an original plus one copy of most paper pleadings. Local Rule 133(d). If Plaintiff wishes to have a conformed copy returned to him, he must file an original plus two copies and provide the Court with a self-addressed postage paid envelope at that time.

7      Thus, this request is DENIED.

8  IT IS SO ORDERED.

9  Dated:   September 2, 2011

10                                UNITED STATES MAGISTRATE JUDGE